___ FILED   ___ ENTERED
___ LODGED ___ RECEIVED

DEC 21 2015

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                              DEPUTY

The Hon. Brian A. Tsuchida

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

DEONTE RASUL-CHIONO,

Defendant.

CASE NO. MJ15-579

COMPLAINT for VIOLATION

BEFORE United States Magistrate Judge BRIAN A. TSUCHIDA, Seattle, Washington.

The undersigned complainant being duly sworn states:

## COUNT 1

### Felon in Possession of Firearm

On or about December 3, 2015, in the City of Federal Way, within the Western District of Washington, DEONTE RASUL-CHIONO, having been convicted of the following crimes punishable by imprisonment for a term exceeding one year, to wit:

a. *Second Degree Assault* and *First Degree Unlawful Possession of a Firearm*, in King County Superior Court, Washington, under case number 12-1-000639-20 on or about July 12, 2013;

b. *First Degree Unlawful Possession of a Firearm*, in King County Superior Court, Washington, under case number 11-1-000212-34 on or about May 19, 2011; and

Complaint: DEONTE RASUL-CHIONO - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

     c. *Second Degree Assault*, in King County Superior Court, Washington, under case number 10-1-000854-39 on or about October 18, 2010;

did knowingly possess, in and affecting interstate and foreign commerce, the following firearm, to wit: a Kel Tec P32 semi-automatic pistol, bearing serial number CQK98, which has been shipped and transported in interstate and foreign commerce.

    All in violation of Title 18, United States Code, Section 922(g)(1).

**The undersigned, Beau Jacobsen, complainant being duly sworn states:**

    1.    I am a Special Agent (S/A) with the United States Department of Justice (DOJ), Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF), and have been so employed since March 24, 2014. I am an "investigative or law enforcement officer of the United States" within the meaning of Title 18, United States Code, Section 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations of, and to make arrests for, offenses enumerated in Title 18, United States Code, Section 2516. I am currently assigned to the Seattle Field Division Headquarters, in Seattle, Washington where your affiant is assigned to the Violent Gang Task Force (VGTF) and Puget Sound Regional Crime Gun Task Force (PSRCGTF). In this capacity, I conduct narcotics and firearm investigations, and enforce federal criminal laws relating to the possession and trafficking of firearms and narcotics by gang members with extensive criminal histories. Prior to my employment with ATF, I was a commissioned police officer in the State of Colorado with the Aurora Police Department from 2011-2014 where I served on the Gang Intervention Unit, and a commissioned police officer with the Lakewood Police Department from 2006-2011 where I served Special Enforcement Team/Gang Unit.

    2.    I received formal training in the Federal Law Enforcement Training Center in Glynco, Georgia, Criminal Investigators Training Program, which familiarized me with basic narcotic investigations, drug identification and detection, familiarization with United States narcotics laws, financial investigations and money laundering,

1  identification and seizure of drug-related assets, organized crime investigations, physical
2  and electronic surveillance, and undercover operations. In addition, I successfully
3  completed a fourteen week ATF Special Agent Basic Training course in Glynco,
4  Georgia, which included comprehensive, formalized instruction in, among other things:
5  firearms identification, firearms trafficking, arson and explosives, and tobacco and
6  alcohol diversion. I have also received several hours of specialized training in
7  surveillance techniques, narcotic investigations, gang investigations, and was a certified
8  crime scene investigator with the Lakewood Police Department.

9  3. This affidavit is made based upon my personal knowledge, training,
10 experience and investigation, as well as upon information provided to me and my review
11 of reports prepared by other law enforcement personnel. This affidavit is made for the
12 purpose of establishing probable cause for this Complaint and thus does not include each
13 and every fact known to me concerning this investigation.

14 4. On November 22, 2015, Seattle Police Department officers responded to
15 Harvard Avenue & East Pike Street at approximately 0104 hours on a report of a
16 shooting. During this incident five gunshot victims were located on scene and
17 transported to local hospitals. None of the injuries were life-threatening. At the scene,
18 officers interviewed several witness and learned the suspect vehicle was possibly a silver
19 Mazda 6 with the driver side mirror and front bumper damage.

20 5. SA Jacobsen was advised by Seattle Police Department detectives that they
21 believed, based on surveillance video, that the vehicle used in the shooting was a 2007
22 silver Mazda sedan bearing Washington license plate ARE1194. SA Jacobsen was also
23 advised that Deonte RASUL-CHIONO (xx-xx-1992) was a person of interest in this
24 shooting incident.

25 6. On December 2 and 3, 2015 members of Puget Sound Regional Crime Gun
26 Task Force conducted operations in an attempt to contact both Deonte RASUL-CHIONO
27 and Malcolm SIMON (xx/xx/1991). Prior to these operations briefings were held where
28 all law enforcement involved was notified that both males had extensive criminal

histories which included convictions for Felony Assault, Robbery, and Unlawful Possession of a Firearm. All law enforcement involved was advised both males should be considered armed and dangerous given their possible recent activity related to shooting incidents.

7.  RASUL-CHIONO is on active Washington State DOC supervision after having been sentenced to 18 months Community Custody Supervision under King County Superior Court cause number 12-1-06392-0 for *Assault in the Second Degree*. Task Force Officer (TFO) Kris Rongen received information that RASUL-CHIONO had a meeting with his DOC Officer set for December 2, 2015, between 1200 and 1500 hours.

8.  On December 2, 2015, SA Beau Jacobsen and other ATF, SPD, and DOC personnel conducted a surveillance operation at Washington Department of Corrections located at 15111 8th Avenue Southwest, No. 202, Burien, Washington.

9.  At approximately 1200 hours, Detective Sausman observed RASUL-CHIONO walking southbound in the 15000 block of 8th Avenue SW, WA. Soon after SA Jacobsen observed a 2007 silver Mazda sedan with license WA/ARE1194 in the parking lot of an apartment complex at 809 Southwest 149th Street in Seattle, WA. SA Jacobsen also observed heavy damage to the driver side mirror area on the vehicle which matched the description of the shooting suspect vehicle. This location is several blocks to the north of the Washington Department of Correction Office. Agents and Officers then set up surveillance of the vehicle. RASUL-CHIONO was soon observed walking northbound on 8th Avenue SW toward where the silver Mazda was parked.

10.  Detective Agate contacted Detective Hagerty, the lead investigator for the original shooting, via phone. Detective Hagerty advised he wanted the vehicle stopped and detained for a search warrant. When RASUL-CHIONO got back into the front passenger seat of the Mazda, SA Jacobsen and TFO Rongen contacted the vehicle and the occupants inside. There were four occupants in the vehicle: RASUL-CHIONO, Toni BANKS (xx-xx-90), Carlos FOSTER (xx-xx-00), and Zanaiba RASUL (xx-xx-73). All

occupants were released soon after being briefly interviewed by Seattle Police detectives. The vehicle was impounded pending a search warrant.

11. On December 3, 2015, SA Beau Jacobsen and other ATF, SPD, and DOC personnel conducted an arrest operation for Malcolm SIMON who had an active warrant for his arrest out of Washington Department of Corrections since October 30, 2015. SIMON is a known gang member who is also a person of interest in a number of shots-fired incidents in Seattle over the past few months. Both SIMON and RASUL-CHIONO are believed to belong to the same gang and are known associates. Both SIMON and RASUL-CHIONO had either been arrested or contacted several times while in possession of firearms.

12. Prior to this operation TFO Rongen had conducted surveillance at 32123 19th Lane Southwest, No. 135, Federal Way, WA. This is an address SIMON had told WADOC he had stayed at prior to his warrant being issued. On November 23, 2015, TFO Rongen had observed SIMON leaving the apartment at approximately 1100 hours. SIMON entered a Lexus, license plate WA/AXB4395, which was occupied by two other males. TFO Rongen followed the car for several miles and then terminated surveillance.

13. On December 3, 2015, the Puget Sound Regional Crime Gun Task Force attempted to arrest SIMON at his address located at 32123 19th Lane Southwest, No. 135 in Federal Way, WA. Surveillance began at 0945 hours. At approximately 1100 hours SIMON was observed walking from the road westbound in the parking lot to his apartment. By the time law enforcement identified SIMON he was too close to his apartment door for the arrest team to safely contact him.

14. Officers and agents continued to conduct surveillance at the apartment as they waited for SIMON to exit. At approximately 1305 hours, a gray Chevy vehicle bearing CA/7LNP622 arrived and parked under the carport near SIMON's building. This vehicle was occupied by two black males. Once the vehicle parked the front seat passenger got out and SIMON came down from his apartment where he met up with this passenger.

15. At this time the arrest team moved in to arrest SIMON. As SA Jacobsen, SA Cole, SA Hunt, and TFO Rongen contacted the three males SA Jacobsen immediately recognized the male SIMON had been speaking to outside the vehicle as RASUL-CHIONO. Based on the aforementioned criminal histories of SIMON and RASUL-CHIONO, their recent believed involvements in violent shootings incidents, and wearing baggy clothing all three individuals were detained in handcuffs and frisked for weapons.

16. As TFO Rongen was frisking RASUL-CHIONO he felt what he immediately believed was a handgun in his front right pocket of his jeans. At this time TFO Rongen called out "Gun" to notify officers/agents on scene of the weapon. TFO Rongen reached into RASUL-CHIONO's right front pocket and removed a black Kel Tec model P32 .32 caliber semi-automatic pistol bearing serial number CQK98. This weapon was after made safe by Officer Robert Thomas who observed that it was loaded with seven rounds of ammunition in the magazine. TFO Rongen read RASUL-CHIONO his *Miranda* Rights. RASUL-CHIONO stated he understood his rights but chose not to speak about the weapon recovered on his person. RASUL-CHIONO and SIMON were booked at SCORE jail.

17. Prior to December 3, 2015, had been convicted of at least the following crimes punishable by a term of imprisonment exceeding one year:

   a. *Second Degree Assault* and *First Degree Unlawful Possession of a Firearm*, in King County Superior Court, Washington, under case number 12-1-000639-20 on or about July 12, 2013;

   b. *First Degree Unlawful Possession of a Firearm*, in King County Superior Court, Washington, under case number 11-1-000212-34 on or about May 19, 2011; and

   c. *Second Degree Assault*, in King County Superior Court, Washington, under case number 10-1-000854-39 on or about October 18, 2010.

18. SA Wallace with the Bureau of Alcohol, Tobacco, Firearms, and Explosives, has received specialized training in the recognition and identification of

firearms and ammunition and their place of manufacture. On December 11, 2015, SA Wallace reviewed information on the Kel Tec model P32 .32 caliber semi-automatic pistol bearing serial number CQK98. She determined it this is a firearm according to 18 U.S.C. 921(a)(3), and that it was not manufactured in the State of Washington. As a result, the firearm must have traveled in or affected interstate or foreign commerce in order to be possessed in the state of Washington.

19. Based on the aforementioned facts, I believe that Deonte RASUL-CHIONO committed the crimes of being a *Felon in Possession of a Firearm*, in violation of Title 18, United States Code, Section 922(g)(1).

BEAU JACOBSEN, Complainant
Special Agent, ATF

Based on the Complaint and Affidavit sworn to before me, and subscribed in my presence, the Court hereby finds that there is probable cause to believe the defendant committed the offense set forth in the Complaint.

DATED this 21st day of December, 2015.

BRIAN A. TSUCHIDA
United States Magistrate Judge

Complaint: DEONTE RASUL-CHIONO - 7