AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### Western District of Washington

| | |
|---|---|
| United States of America<br>v.<br><br>DEONTE RASUL-CHIONO,<br><br>*Defendant* | Case No. **MJ 15-579** |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* **DEONTE RASUL-CHIONO**,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☒ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Felon in Possession of a Firearm, in violation of Title 18, United States Code, Section 922(g)(1).

Date: 12/21/2015

*Issuing officer's signature*

City and state: Seattle, Washington

Brian A. Tsuchida, United States Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* Dec 22nd 2015, and the person was arrested on *(date)* Jan 4th 2016
at *(city and state)* SeaTac, WA.

Date: 010416

*Arresting officer's signature* #5862

B. Jacobsen
*Printed name and title*